UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV15-00660 JAK (RZx) | Date | April 24, 2015 |
|---|---|---|---|
| Title | Rick Young v. United States Drug Enforcement Administration | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE JS-6**

Rick Young ("Plaintiff") brought this action in the Los Angeles Superior Court on December 22, 2014. His complaint named the United States Drug Enforcement Administration as the sole defendant ("Defendant"). Dkt. 1, Ex. 1. Plaintiff seeks an order requiring Defendant to pay him $2,500, which he will use to "hire a Blackwater type security company to stop the all night sales of illegal drugs outside of the preschool Para Los Ninos[,] 845 East 6th St[,] Los Angeles, CA 90021." *Id.* at 2.

Defendant removed the action on January 28, 2015 pursuant to 28 U.S.C. § 1442(a)(1). Dkt. 1. Defendant filed a Motion to Dismiss Plaintiff's Complaint (the "Motion"). Dkt. 8. Plaintiff did not oppose the Motion, despite being provided with written notice of his failure to oppose the Motion, and additional time to do so. Dkt. 13. The Motion was then granted with leave to amend. Dkt. 15. The amended complaint was ordered to be filed by April 9, 2015. *Id.* Plaintiff was cautioned that "[a] failure timely to file an amended complaint may result in the dismissal of this action, with prejudice." *Id.*

No amended complaint has been filed. Nor has Plaintiff responded to Defendant's attempts to meet and confer regarding the preparation of a joint Rule 26(b) report. Dkt. 16. Given Plaintiff's failure to comply with the Court's orders, oppose the Motion, file an amended complaint, and participate in the preparation of the required report as to the proceedings in this action, the action, which fails to present a viable claim, is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |